IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLEN SPEARING MATTHEWS, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00008-MTT-TQL |
| | * |
| ROBERT R LONG, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 13, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk