# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **TIFFANY STROUD,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:24-CV-162 (CAR) |
| v. | : | |
| | : | |
| **STEPHEN PARRELL, JOHN DOES I–VI, Captain TRICE, Lieutenant FOWLER, LYNN EASON, Sergeant ALFRED EDWARDS, WILLIAM BRYANT, FNU WARNUM, FNU BATEWELL,** | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

On October 7, 2024, the Court ordered Plaintiff Tiffany Stroud to show cause why her case should not be dismissed for failure to perfect service of process on Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff was given fourteen days from the date of the Order in which to respond. As of the date of this Order, Plaintiff has failed to respond. Therefore, Plaintiff's case is hereby **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED,** this 28th day of October, 2024.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1